People v Chen (2021 NY Slip Op 50862(U))

[*1]

People v Chen (Aifen)

2021 NY Slip Op 50862(U) [72 Misc 3d 142(A)]

Decided on September 16, 2021

Appellate Term, First Department

Published by New York State Law Reporting Bureau
pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be
published in the printed Official Reports.

Decided on September 16, 2021
SUPREME COURT, APPELLATE TERM, FIRST
DEPARTMENT

PRESENT: Edmead P.J., Brigantti, Hagler, JJ.

570466/16

The People of the State of New York,
Respondent, 
against
Aifen Chen, Defendant-Appellant.

Defendant appeals from a judgment of the Criminal Court of the City of New York, New
York County (Heidi C. Cesare, J.), rendered June 20, 2016, convicting her, upon her plea of
guilty, of disorderly conduct, and sentencing her to a $100 fine.

Per Curiam.
Judgment of conviction (Heidi C. Cesare, J.), rendered June 20, 2016, affirmed.
We are unpersuaded that the bargained-for sentence imposed—payment of a $100
fine—was unduly harsh or severe, and find no extraordinary circumstances warranting a
reduction of the sentence in the interest of justice (see People v Fair, 33 AD3d 558
[2006], lv denied 8 NY3d 945 [2007]). The defendant was sentenced in accordance with
her bargained-for plea and should not now "be heard to complain that [s]he received what [s]he
bargained for" (id., quoting People v Chambers, 123 AD2d 270 [1986]).
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: September 16, 2021